AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| TERRYANA RICHARDSON, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> RONALD IKE, individually, and <br> CITY OF EAST ST. LOUIS, ILLLINOIS <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  16-CV-00065-MJR-SCW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RONALD IKE
100 RIVER LAUREL DRIVE
BELLEVILLE, IL 62220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas E. Kennedy, III
Law Offices of Thomas E. Kennedy, III
906 Olive St., Suite 200
St. Louis, MO 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/22/2016 _____     _____
*Signature of Clerk or Deputy Clerk*

ercareful.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-00065-MJR-SCW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RONALD IKE

was received by me on *(date)* 01-30-16 .

☒ I personally served the summons on the individual at *(place)* 100 RIVER LAUREL DRIVE, BELLEVILLE, IL 62220 on *(date)* 02/01/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/01/16

Kenneth Bouas
*Server's signature*

KENNETH BOUAS ILLINOIS PRIVATE DETECTIVE
*Printed name and title* LIC# 115.002101
Bi-State Investigative Services Inc.
P.O. Box 1533

*Server's address*

Additional information regarding attempted service, etc:

02/01/16 AT 2:24 P.M.
M/B 50