## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRYANA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.:  3:16-CV-00065 |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| RONALD IKE, individually, and | ) | |
| CITY OF EAST ST. LOUIS, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT RONALD IKE'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Ronald Ike, by and through its undersigned attorneys, BROWN & JAMES, P.C., and for its Answer to Plaintiff's Complaint, states as follows:

1. Defendant recognizes the existence of certain United States Statutes, beyond that Defendant denies same and demands strict proof thereof.

2. The allegations in paragraph 2 calls for a legal conclusion, and therefore no response is required and denied to the extent that Defendant is required to respond.

3. The allegations in paragraph 3 calls for a legal conclusion, and therefore no response is required and denied to the extent that Defendant is required to respond.

4. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 4, and therefore denies the same.

5. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 5, and therefore denies the same.

6. Defendant admits that he was the former Assistant Police Chief of the City of East St. Louis, Illinois.  Plaintiff's allegation that Defendant Ike was acting under color of law and within the scope of his employment as Asst. Police Chief calls for a legal conclusion, and

therefore no response is required and denied to the extent that Defendant is required to respond. Defendant Ike is without sufficient information to admit or deny the allegation that he is being sued in his individual capacity. Defendant Ike denies that he is a resident of East St. Louis, Illinois.

7. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 7, and therefore denies the same.

8. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 8, and therefore denies the same.

9. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 9, and therefore denies the same.

10. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 10, and therefore denies the same.

11. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 11, and therefore denies the same.

12. Defendant denies all allegations contained in paragraph 12.

13. Defendant denies all allegations contained in paragraph 13.

14. Defendant denies all allegations contained in paragraph 14.

15. Defendant denies all allegations contained in paragraph 15.

16. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 16, and therefore denies the same.

17. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 17, and therefore denies the same.

18. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 18, and therefore denies the same.

19. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 19, and therefore denies the same.

20. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 20, and therefore denies the same.

21. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 21, and therefore denies the same.

22. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 22, and therefore denies the same.

23. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 23, and therefore denies the same.

24. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 24, and therefore denies the same.

25. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 25, and therefore denies the same.

26. The allegations in paragraph 26 calls for a legal conclusion, and therefore no response is required and denied to the extent that Defendant is required to respond.

27. Defendant denies all allegations contained in paragraph 27.

28. Defendant denies all allegations contained in paragraph 28.

29. Defendant denies all allegations contained in paragraph 29.

30. Defendant denies all allegations contained in paragraph 30.

31. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 31, and therefore denies the same.

## COUNT I

32. Defendant incorporates and restates the answers to the allegations in paragraph 1 through 31 as if fully set forth herein.

33. Defendant denies all allegations contained in paragraph 33.

34. Defendant denies all allegations contained in paragraph 34.

35. Defendant denies all allegations contained in paragraph 35.

36. Defendant denies all allegations contained in paragraph 36.

36. Defendant denies all allegations contained in paragraph 36.

## COUNT II

37. Defendant incorporates and restates the answers to allegations in paragraphs 31 through 36 as if fully set forth herein.

38. Defendant denies all allegations contained in paragraph 38.

39. Defendant denies all allegations contained in paragraph 39.

40. Defendant denies all allegations contained in paragraph 40.

41. The allegations contained in paragraph 41 calls for a legal conclusion, and therefore no response is required and denied to the extent that Defendant is required to respond.

42. Defendant denies all allegations contained in paragraph 42.

## COUNT III

43. Defendant incorporates and restates the answers to the allegations in paragraphs 1 through 42 as if fully set forth herein.

44. Defendant denies all allegations contained in paragraph 44.

45. Defendant denies all allegations contained in paragraph 45.

46. The allegations contained in paragraph 46 call for a legal conclusion, and therefore no response is required and denied to the extent that Defendant is required to respond.

47. Defendant denies all allegations contained in paragraph 47.

## COUNT IV

48. Defendant incorporates and restates the answers to the allegations in paragraphs 1 through 47 as if fully set forth herein.

49. Defendant denies all allegations contained in paragraph 49.

50. Defendant denies all allegations contained in paragraph 50

## COUNT V

51. Defendant incorporates and restates the answers to the allegations in paragraphs 1 through 50 as if fully set forth herein.

52. Defendant denies all allegations contained in paragraph 52.

WHEREFORE, the Defendant, Ronald Ike, respectfully prays this Court dismiss Plaintiff's Complaint, and entered an Order in favor of Defendant, Ronald Ike, and award costs of suit and any further relief the Court the deems just and reasonable.

BROWN & JAMES, P.C.

/s/ Timothy J. Wolf _____
Russell F. Watters, #2951274
Timothy J. Wolf, # 6278879
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314/421-3400
314/421-3128 (Fax)
rwatters@bjpc.com; twolf@bjpc.com
*Attorneys for Defendant Ronald Ike*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system this 11th day of April 2016, to:

Thomas E. Kennedy, III
Law Office of Thomas E. Kennedy, III
906 Olive Street, Suite 200
St. Louis, MO 63101
*Counsel for Plaintiff*

Mr. Michael Wagner
Clayborne, Sabo & Wagner, LLP
525 West Main Street, Suite 105
Belleville, IL 62220
*Counsel for Co-Defendant City of East St. Louis, Illinois*

/s/ Timothy J. Wolf

12884605