UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRYANA RICHARDSON, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:16-CV-00065-MJR-SCW ) |
| RONALD IKE, individually and CITY OF EAST ST. LOUIS, ILLINOIS, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT'S MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

COMES NOW the Defendant, CITY OF EAST ST. LOUIS, ILLINOIS, by and through its undersigned attorneys, CLAYBORNE, SABO & WAGNER LLP, and for its Motion for Entry of a Protective Order, states as follows:

1. The parties have mutually agreed that the attached Proposed Protective Order should be entered in this matter.

2. The parties jointly request this Court enter the proposed, stipulated Protective Order attached hereto as Exhibit A.

WHEREFORE, Defendant City of East St. Louis, respectfully requests that this Court grant this Motion for Entry of Agreed Protective Order, and for such further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Tameeka L. Purchase
Tameeka L. Purchase - #06302791
525 West Main Street, Suite 105
Belleville, Illinois 62220
(618) 239-0187 – Phone
(618) 416-7556 – Fax
tpurchase@cswlawllp.com
*Attorney for Defendant: City of East St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2016, I electronically filed the DEFENDANT CITY OF EAST ST. LOUIS' MOTION FOR AGREED PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mr. Thomas E. Kennedy, III
Law Offices of Thomas E. Kennedy, III, L.C.
906 Olive Street, Suite 200
St. Louis, MO 63101
(314) 872-9041 – Phone
(314) 872-9043 – Fax
*Attorney for Plaintiff*

s/ Tameeka L. Purchase